UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**



Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DAVID CROSBY,

                Defendant.

CR-16-09 -BLG-SPW

ORDER

IT IS HEREBY ORDERED that meals and/or lodging be provided for

the jurors in the above entitled case.

DATED 13th day of February, 2017.

Honorable Susan P. Watters
United States District Judge